IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VAUGHN MILES,

      Plaintiff,                     No. CIV S-08-2163 KJM P

    vs.

SERGEANT MUHAMMAD, et al.,

      Defendants.           <u>ORDER</u>

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262 and plaintiff has consented to magistrate judge jurisdiction over this case.

        On September 26, 2008, plaintiff was ordered to submit within thirty days a completed request to proceed in forma pauperis and a certified copy of his prison trust account statement. Plaintiff has failed to comply with the court's order, and therefor this action will be dismissed.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

2  DATED: December 8, 2008.

_____
U.S. MAGISTRATE JUDGE

1
mile2163.ord

2